MYRTLE STAINTON, Appellant, v. MALCOLM ROSS MATHESON, Individually and as Trustee, etc., Respondent.— Motion denied, with leave to appellant

to resettle the order and upon condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.